**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**MARCUS W. FIELDS
ADC #150118**                                                                                      **PLAINTIFF**

V.                                  **CASE NO. 2:11CV00227 BSM-BD**

**DEXTER PAYNE, et al.**                                                                  **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.    Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Brian S. Miller. Any party may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection. An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation. A copy will be furnished to the opposing party.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

>   Mail objections and "Statements of Necessity" to:
>
>   Clerk, United States District Court
>   Eastern District of Arkansas
>   600 West Capitol Avenue, Suite A149
>   Little Rock, AR 72201-3325

## II.  Discussion

On November 28, 2011, Plaintiff Marcus W. Fields, an Arkansas Department of Correction inmate, filed this case *pro se* in the Western District of Arkansas under 42 U.S.C. § 1983.  (Docket entry #1)  Mr. Fields did not pay the $350.00 statutory filing fee; nor did he submit an application for leave to proceed *in forma pauperis*.

The next day, the case was electronically transferred to the Eastern District of Arkansas.  An Order was entered on December 1, 2011, directing Mr. Fields either to pay the statutory filing fee or to submit a completed application to proceed *in forma pauperis*, within 30 days.  He was also ordered to file, again within 30 days, an amended complaint to clarify his constitutional claims.

The time for filing an application to proceed *in forma pauperis* and an amended complaint has passed and, although Mr. Fields filed a motion for writ of mandamus with the Court, he has not complied with the December 1, 2011 Order.  Mr. Fields was warned that failure to comply with the Court's Order could result in dismissal of his case.

### III.   Conclusion

Because Mr. Fields has not complied with the Court's Order, his complaint should be dismissed, without prejudice, under Local Rule 5.5(c)(2).

DATED this 27th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE