**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**MARCUS FIELDS,**                                                      **PLAINTIFF**
**ADC #150118**

v.            **CASE NO. 2:11CV00227 BSM/BD**

**DEXTER PAYNE, et al.**                                    **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Beth Deere been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's complaint be dismissed, without prejudice, under Local Rule 5.5(c)(2).

Dated this 22nd day of February 2012.

 

                                                           /s/ Brian S. Miller
                                                           UNITED STATES DISTRICT JUDGE