## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**MARCUS FIELDS,**                                                                                                **PLAINTIFF**
**ADC #150118**

**v.**                         **CASE NO. 2:11CV00227 BSM/BD**

**DEXTER PAYNE, et al.**                                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed without prejudice. The relief sought is denied.

IT IS SO ORDERED this 22nd day of February 2012.

_____
UNITED STATES DISTRICT JUDGE